OLD LEXINGTON CLUB DISTILLERY CO. v. KENTUCKY DISTILLERIES & WAREHOUSE CO. (Circuit Court of Appeals, Third Circuit. February 18, 1918.) No. 2260. Appeal from the District Court of the. United States for the District of New Jersey. Suit by the Old Lexington Club Distillery Company against the Kentucky Distilleries & Warehouse Company. From decree dismissing the bill (234 Fed. 464), plaintiff appeals. Affirmed. J. M. Coit, of Washington, D. C., for appellant. C. C. Billings and Alexander & Greene, all of New York City, for appellee. Before BUFFINGTON, McPHERSON, and WOOLLEY, Circuit Judges.

PER CURIAM. This case concerns the registration of a trade-mark. The scope of the controversy is set forth in full detail in the opinion of the court below, reported in 234 Fed. 464, dismissing the bill. In that action we find no error, and as a further opinion by this court would simply be a repetition of what has been already well and sufficiently stated, we limit ourselves to adopting that opinion and affirming the decree below.

SAFETY GAS LIGHTER CO. v. FISCHER BROS. & CORWIN. (Circuit Court of Appeals, Third Circuit. January 21, 1918.) No. 2244. Appeal from the District Court of the United States for the District of New Jersey. Bill by the Safety Gas Lighter Company against Fischer Bros. & Corwin. From a decree (236 Fed. 955) dismissing the bill, complainant appeals. Affirmed. Cyrus N. Anderson, of Philadelphia. Pa. (L. H. Harriman and William Quimby, both of Boston, Mass., of counsel), for appellant. James Hamilton, of New York City, for appellee. Before BUFFINGTON, McPHERSON, and WOOLLEY, Circuit Judges.

PER CURIAM. This is an appeal from a decree dismissing a bill charging infringement of two patents, Pomeroy, No. 1,011,643, and Gould, No. 1,021,363, owned by the appellant. Reference to the comprehensive discussion of the case by the court below (see 236 Fed. 955) makes a recital of the details of the controversy needless. A careful consideration of the case has satisfied us that no error was committed by the court below and as a detailed discussion by this court would be but an effort on its part to restate in different form what has been already thoroughly discussed in the reported opinion, we restrict ourselves to saying that in our judgment the case finally turns on the question of whether the devices of the two patents sued on involved invention. That question has had our careful consideration, as it did that of the court below, and we agree with it in holding that the devices of both Pomeroy and Gould did not involve invention. The decree below is therefore affirmed.

SCHAFF v. SHELTON. (Circuit Court of Appeals, Fifth Circuit. December 15, 1917.) No. 3132. Appeal from the District Court of the United States for the Western District of Texas; Duval West, Judge. William E. Spell, of Waco, Tex., for appellant. Winbourne Pearce, of Temple, Tex., and A. L. Curtis, of Belton, Tex., for appellee. Before WALKER and BATTS, Circuit Judges, and FOSTER, District Judge.

PER CURIAM. The only ruling of the court which the record presents for review is in conformity with repeated authoritative rulings. There is no merit in either of the assignments of error. The judgment is affirmed.